# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON
## CRIMINAL MINUTES-REARRAIGNMENT AND PLEA

Case No. **6:22-CR-02-SS-REW-HAI-4**          At: **London**          Date: **November 7, 2022**

U.S.A. vs **Whitney Tara Allen**     **X**   present **__** OR **X** custody AGE: **34**

---

**DOCKET ENTRY:** Defendant was placed under oath and questioned by the Court. Consent to Plead Before United States Magistrate Judge executed by Defendant. Further, the Court finds the Defendant to be fully competent and capable of entering an informed plea. Defendant knowingly, voluntarily, and intelligently waived the right to appeal the guilty plea and conviction but reserved the right to appeal the sentence. Except for claims of ineffective assistance of counsel, Defendant also waived the right to collaterally attack the guilty plea, conviction, and sentence. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing the essential elements of the relevant offense charged in Count 1 of the Second Superseding Indictment. Therefore, the Court recommends that the plea should be accepted and the Defendant should be adjudged guilty of the offenses charged in Count 1 of the Second Superseding Indictment. A separate Recommendation concerning plea acceptance will be entered. The United States indicated it will move to dismiss the underlying indictment at sentencing. Original plea agreement to be filed in the record by the Clerk.

In the event this hearing is transcribed, the portion of the transcript containing the closed session will be filed **UNDER SEAL.**

---

**PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE**

| **Amanda Ramsey** | **Audio File Number** | **Justin Blankenship for Jason Parman** |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

```
I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file: KYED-LON_6-22-CR-02-SS-REW-HAI-
4_20221107_110147.
```

**Counsel for Deft: Thomas Miceli**     **X** present **X** CJA **__** retained

**PROCEEDINGS: RE-ARRAIGNMENT AND GUILTY PLEA**

**X**     Copy of Indictment previously given to Defendant.

**X**     Defendant states true name is **Whitney Tara Allen.**

**X**     Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. **X** Indictment Read.

**X**     Defendant moves to CHANGE PLEA to **Count 1 of the Second Superseding Indictment.** **X** Court grants motion.

**X**     Defendant pleads **X** GUILTY to **Count 1 of the Second Superseding Indictment.** **__** Not guilty to count(s).

**X**     PLEA AGREEMENT filed in the record.

**X**        **The transcript shall be deemed the written findings of the Court.**

—        **Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.**

**X**        **The Court verified that the United States was pursuing appropriate notification of potential victim(s),per 18 U.S.C. § 3771**

—        **Defendant shall remain on bond and conditions of release as previously imposed.**

**X**        **Defendant remanded to the custody of the United States Marshal.**

**X**        **Jury trial previously canceled by Order at DE 102.**

**X**        **Sentencing to be set by separate order.**

**Copies: COR, USP, USM, JC**

**Clerk's Initials:  apr**

**TIC: 44 mins.**

Signed By:

*Hanly A. Ingram*

United States Magistrate Judge