UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:20-CR-002-SS-REW-01        At London        Date May 9, 2023

USA v. Tarik Ragland        X present   X custody   __ bond   __ OR   Age 24

DOCKET ENTRY: The parties appeared as noted. The Court confirmed that all parties received and had adequate time to review the Presentence Investigation Report (PIR). Ragland confirmed he had ample time to thoroughly review the report and was ready for today's sentencing. The parties announced there are no objections to the PIR. Accordingly, the Court **ADOPTS** the PIR as prepared by the United States Probation Office, and its findings, including Guidelines calculations. The PIR **SHALL** be filed under seal.

The Court **GRANTS** the United States's oral motion for a § 3E1.1 Third Level Reduction. The Court **GRANTS** the United States's oral motion to dismiss Count 2 of the Second Superseding Indictment (DE 43), the underlying Superseding Indictment (DE 8) and the underlying original Indictment (DE 1); dismissal is effective upon judgment entry.

The Court heard counsels' arguments as to the proper sentence, and Defendant allocuted. The Court **GRANTS,** in part, the Defendant's oral motion for a downward variance for reasons fully detailed on the record. The Court elected against the degree of variance sought by the defense. The Court orally announced the sentence and will issue a separate Judgment.

PRESENT: HON. ROBERT E. WIER, UNITED STATES DISTRICT JUDGE

| Brandan Hall (Telephonically) | Michelle Sliter | Kimberley Keene | Jason Parman |
|---|---|---|---|
| US Probation Officer | Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Dft  Paul K. Croley, II        X present   __ retained   X appointed

**PROCEEDINGS**: SENTENCING **(Non-Evidentiary)**

____  Objections to the Presentence Investigation Report SUSTAINED/OVERRULED for record-stated reasons.

  X   No objections to Presentence Report.

____  The Court Reporter shall transcribe the portion of the hearing on the Objections to the Presentence Report and file in the record.

  X   Court's Advice of Right to Appeal read to Defendant, a copy provided to Ragland and he confirmed understanding.

  X   Transcript shall be deemed as written findings of Court.

  X   Judgment shall be entered (See Judgment & Commitment.)

|     | Defendant to remain on bond and on conditions of release. |
| --- | --- |
| X   | Defendant remanded to the custody of the United States Marshals Service. |

Copies:  COR, USP, USM

Initials of Deputy Clerk  mrs
TIC: 1/30



Signed By:
Robert E. Wier  REW
United States District Judge